IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate-Judge |
| VARIOUS DEFENDANTS | : | |
| | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT<br>PREJUDICE |

Now comes the United States, by and through counsel, and respectfully moves the Court for the dismissal of all Counts in the cases listed by caption and docketing number in the attached document for purposes of judicial economy, without prejudice. Additionally, we respectfully request any warrants issued in these matters be withdrawn.

Granted
MN
10/17/17

Respectfully submitted,

-S-julienne mccammon - 13 Oct 17
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was filed electronically in CM/ECF on the 13th day of October 2017 and that any appointed or retained Defense Counsel of record would be so notified.

___s-julienne mccammon - 13 Oct 17___

Attachment 1 to Motion to Dismiss Without Prejudice - MJN

3:15-po-25 - USA v. Holwell

3:16-po-140 – USA v. Sudacov

3:15-PO-36 - USA v. Burns